COMMONWEALTH *v.* NATHAN HOLT.

**Criminal Law—Altering Counterfeit Notes Not Punishable.**
> There is no statute in this State prescribing punishment for altering counterfeit notes on national banks.

APPEAL FROM LAWRENCE CIRCUIT COURT.

June 8, 1869.

OPINION OF THE COURT BY JUDGE HARDIN:

As we construe the act of December 5, 1863, *(Myers Supplement, 174)* it does not embrace this case, but applies to prosecutions *alone* in relation to United States legal tender notes and postal currency. We have been referred to no statute prescribing punishment in our state courts for altering counterfeit notes on national banks, and we are aware of none.

The judgment of the circuit court sustaining a demurrer to the indictment is therefore *affirmed*.

*Attorney General, for appellant.*